IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON
ADC # 129521                                                                                          PLAINTIFF

v.                                       No. 5:12-cv-181-DPM-JTR

WENDY KELLY, Health Services
Administrator, Arkansas Department
of Correction; HOLEMAN, Supervisor,
Delta Regional Unit, ADC; BRENDA
STILLS, LPN, Delta Regional Unit, ADC;
MARILYN DEFIR, Nurse, Delta Regional
Unit, ADC; DR. IKO, Delta Regional Unit,
ADC; and DOES, Health Services Administration,
Arkansas Department of Correction                                                          DEFENDANTS

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Partial Disposition, *Document No. 5*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Aaron may proceed with his inadequate-medical-care and retaliation claims. His due process claim is dismissed without prejudice. Defendant Wendy Kelly is also dismissed without prejudice.

The Clerk of Court shall prepare summonses for Defendants Holeman, Stills, Defir, and Iko. The United States Marshal shall serve copies of the complaint and summons on Defendants Holeman, Stills, and Defir through the Delta Regional Unit, 880 East Gaines, Dermott, Arkansas, 71638. The Marshal shall serve the complaint and summons on Dr. Iko through the Arkansas Department of Correction, P.O. Box 8707, Pine Bluff, Arkansas, 71611-8707. Service shall be made without prepayment of fees and costs or security. Magistrate Judge Ray may order service on additional parties when Aaron's motion for service, *Document No. 6*, is resolved.

The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2012