IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON
ADC # 129521                                                                              PLAINTIFF

v.                        No. 5:12-cv-181-DPM-JTR

HOLEMAN, Supervisor,
Delta Regional Unit, ADC; BRENDA
STILLS, LPN, Delta Regional Unit, ADC;
MARILYN DEFIR, Nurse, Delta Regional
Unit, ADC; DR. IKO, Delta Regional Unit,
ADC; JENNIFFER MCBRIDE; and LEWIS         DEFENDANTS

### ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Partial Recommended Disposition, *Document No. 11*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Aaron's motion for preliminary injunction, *Document No. 7*, is denied. The Court certifies that an *in forma pauperis* appeal of this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 July 2012