IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON,
ADC #129521                                                                              PLAINTIFF

v.                      5:12-cv-181-DPM

WENDY KELLY, Health Services
Administrator, Arkansas Department
of Correction; KAREN HOLEMAN;
BRENDA STILLS, LPN, Delta Regional
Unit, ADC; MARILYN DEFIR, Nurse,
Delta Regional Unit, ADC; OJIUGO IKO;
JENNIFFER MCBRIDE, and LEWIS                    DEFENDANTS

JUDGMENT

Aaron's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2012